FILED BY_____D.C.

05 DEC 15 PM 12: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| EMPLOYEES' RETIREMENT PLAN OF MID-SOUTH TRANSPORTATION MANAGEMENT, INC. and RETIREMENT BOARD OF THE EMPLOYEE'S RETIREMENT PLAN OF MID-SOUTH TRANSPORTATION MANAGEMENT, INC. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 2:05CV2722 |
| v. | ) |
| THOMAS BRYANT, | )<br>) |
| Defendant(s) | )<br>) |

## ORDER DENYING DEFAULT JUDGMENT

On December 14, 2005, Plaintiff Employees' Retirement Plan of Mid-South Transportation Management, Inc. and Retirement Board of Employee's Retirement Plan of Mid-South Transportation Management, Inc, submitted motion for default judgment against Defendant Thomas Bryant.

**Entry of Default** may be entered when party whom a judgment is sought has failed to plead or otherwise provided and fact is made to appear by affidavit or otherwise pursuant to FRCvP 55 (a).

**Default Judgment** is therefore **DENIED** as there has been no **Entry of Default** as to the Defendant(s).

Entered this 15th day of December, 2005

THOMAS M. GOULD
Clerk of Court

By: *Judy Easley*
Deputy Clerk



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02722 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Lewis Clayton Culpepper
EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT