# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY_____D.C.

05 DEC 19 AM 8:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| EMPLOYEE'S RETIREMENT PLANT OF ) <br> MID-SOUTH TRANSPORTATION ) <br> MANAGEMENT, INC. and RETIREMENT ) <br> BOARD OF THE EMPLOYEE'S ) <br> RETIREMENT PLAN OF MID-SOUTH ) <br> TRANSPORTATION MANAGEMENT, INC) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THOMAS BRYANT, ) <br> ) <br> Defendants. ) | Case No. 2:05cv2722 Ml/P |

## ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT

Upon the Motion for Entry of Default, entered on December 19, 2005, entry of **DEFAULT IS HEREBY GRANTED** against the defendant, Thomas Bryant pursuant to FRCP 55(a).

On November 30, 2005, this Court filed the summons returned executed November 1, 2005. Defendant had twenty days within which to answer or otherwise plead. Defendant, Thomas Bryant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

In compliance with Rule 55(a), FRCP., plaintiff's motion for entry of default against the above-named defendant is **GRANTED**. In accordance to Rule 55(c) for good cause shown, the court may set aside an entry of default.

Entered this 19th day of December, 2005.

THOMAS M. GOULD
Clerk of Court

By: *Judy Easley*
Deputy Clerk



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02722 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Lewis Clayton Culpepper
EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT