IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 19 AM 9: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| EMPLOYEES' RETIREMENT PLAN OF MID-SOUTH TRANSPORTATION MANAGEMENT, INC. and RETIREMENT BOARD OF THE EMPLOYEES' RETIREMENT PLAN OF MID-SOUTH TRANSPORTATION MANAGEMENT, INC) <br><br> Plaintiff, <br><br> v. <br><br> THOMAS BRYANT, <br><br> Defendant. | Case No. 2:05cv2722-Ml/p |

## DEFAULT JUDGMENT

The defendant, Thomas Bryant ., having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is liable for Judgment by Default in the amount of $53,245.35 plus interest at the rate of 10% from July 28, 2004, attorney's fees of $770.00 pursuant to 29 U.S.C. 1132(g), plus costs of the cause. Defendant had been defaulted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure. For good cause shown, the court may set aside judgment by default in accordance with Rule 60(b)

Entered this 19th day of December, 2005.

THOMAS M. GOULD
Clerk of Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02722 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Lewis Clayton Culpepper
EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT